

# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| Date: | Thu, Aug 13, 2020 |
| Server Name: | Carlos Pardo |
| Location: | Plantation, FL |
| | |
| Entity Served | TARGET CORPORATION |
| Agent Name | CT CORPORATION SYSTEM |
| Case Number | 50-2020-CA-008187-XXXX-MB |
| Jurisdiction | FL |



**Exhibit 2**

12:00
8.13.2020

Filing # 111561628 E-Filed 08/10/2020 05:55:32 PM

101369

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2020-CA-008187-XXXX-MB

CHRISTINE KROBATSCH

    Plaintiff,

v.

TARGET CORPORATION,
a foreign profit corporation, and
SCOTT HOFFMAN, an individual,

    Defendants.

_____/

| DATE | TIME | • AM PM |
|---|---|---|
| BY | | # |

## SUMMONS

THE STATE OF FLORIDA:
To All and Singular the Sheriffs of the Said State:
YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

    TARGET CORPORATION, a foreign profit corporation
    By Service upon registered agent
    CT CORPORATION SYSTEM
    1200 S. Pine Island Road
    Plantation, FL 33324

    Each defendant is required to serve written defenses to the Complaint or Petition on Matthew A. Goldberger, Esq. of Matthew A. Goldberger, P.A. at 1555 Palm Beach Lakes Blvd., Suite 1400, West Palm Beach, Florida 33401, within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the Seal of this Court. Aug 11 2020

SHARON R. BOCK
As clerk of Said Court:

BY: _____
JOSIE LUCCE



FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 08/10/2020 05:55:32 PM

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must all mail or take a carbon copy or photocopy of your written response to the Plaintiff's Attorney.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su ceuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judicares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pur vous proteger. Vour etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous ne deposez pas votre reponse ecrite dans le relair requis, vous risquez de perde la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en memetemps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2

Filing # 111210827 E-Filed 08/03/2020 09:59:35 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 2020CA008187 MB

CHRISTINE KROBATSCH

    Plaintiff,

v.

TARGET CORPORATION,
a foreign profit corporation, and
SCOTT HOFFMAN, an individual,

    Defendants.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, CHRISTINE KROBATSCH, by and through her undersigned attorney and sues the Defendants TARGET CORPORATION (hereinafter "TARGET") and SCOTT HOFFMAN (hereinafter "HOFFMAN") and for cause of action states as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1. This is an action for damages in excess of the sum of Thirty Thousand Dollars ($30,000.00), exclusive of costs, interest and attorney's fees and is within the subject matter jurisdiction of this Court.

2. Plaintiff CHRISTINE KROBATSCH is a natural person residing in Palm Beach County, Florida, and was at all times material hereto over the age of 18, and is otherwise *sui juris*.

3. At all times material hereto, Defendant TARGET was and is a foreign corporation duly authorized to do business in the State of Florida with premises for the transaction of its regular and customary business in Palm Beach County, Florida.

1

4. At all times material hereto, Defendant HOFFMAN was and is a resident of Palm Beach County, Florida, was and is over the age of 18 and is otherwise *sui juris*.

5. At all times material hereto, Defendant HOFFMAN was the Executive Team Leader of Target store #T-0642 located at 1200 Linton Blvd., Delray Beach, Florida where the incident described in this Complaint occurred.

6. At all times material hereto, the Defendant, TARGET, owned and/or operated and/or controlled a commercial business located at 1200 Linton Blvd., Delray Beach, Florida identified as Target store #T-0642, over which it exercised dominion and control. The incident that is the subject of this Complaint occurred, and the cause of action asserted herein accrued at this location, making venue proper in accordance with the provisions of Florida Statute § 47.011.

7. On or about February 23, 2020, and prior thereto, the Defendant TARGET was operating the aforesaid premises as a retail store open to the public, including the Plaintiff CHRISTINE KROBATSCH.

8. On or about February 23, 2020, the Plaintiff CHRISTINE KROBATSCH was lawfully on the above-described premises owned by and/or under the control of the Defendant, TARGET, as a business invitee.

9. At the aforesaid time and place, while exercising due care and caution for her own safety, the Plaintiff slipped and fell on the floor near the checkout area of the Target store as a result of a dangerous and hazardous condition, to wit: an abandoned Target shopping basket containing a box of wine that had leaked onto the floor

10. At all times material to this cause of action, the Defendant TARGET and its employees, servants and/or agents owed to the Plaintiff a non-delegable duty to use reasonable care in the inspection, maintenance, operation and repair of the above-described premises under its dominion

2

and control, in order to provide for the safety of business invitees, including the Plaintiff. It was the duty of the Defendant, TARGET to warn Plaintiff of the aforesaid dangerous and unsafe condition.

## COUNT I:  CLAIM AGAINST TARGET

11. The Plaintiff, CHRISTINE KROBATSCH, adopts and re-alleges paragraphs 1-10 as if fully stated herein.

12. The Defendant, TARGET, negligently breached its duty of care to Plaintiff, by committing one or more of the following negligent acts of commission and/or omission, which proximately caused injury to the Plaintiff:

    a. The Defendant, Target, failed to properly maintain and examine the floors to make sure they were safe from liquid and debris;

    b. The Defendant, Target, failed to exercise reasonable care in the care and cleaning of its floors;

    c. The Defendant, Target, failed to utilize reasonable care in the design, planning, inspection and maintenance of said premises, particularly the floors;

    d. The Defendant, Target, failed to warn the Plaintiff of the dangerous condition;

    e. The Defendant, Target, failed to develop appropriate policies and procedures for the preventive maintenance and cleaning of its premises, or developed inadequate policies and procedures, thereby failing to detect and remedy the dangerous and hazardous condition as aforesaid;

    f. The Defendant, Target, by and through its agents and employees acting within the express or implied course and scope of their agency or employment, failed to implement appropriate policies and procedures for the preventive maintenance and cleaning of its premises, or implemented inadequate policies and procedures,

3

thereby failing to detect and remedy the dangerous and hazardous condition as aforesaid.

13. As the direct and proximate result of the aforesaid negligence and carelessness of Defendant TARGET, the Plaintiff CHRISTINE KROBATSCH suffered bodily injury with the resulting pain and suffering, aggravation of a previously existing condition, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization and medical and nursing care and treatment, loss of income, and loss of the capacity to earn money. The losses are either permanent or continuing and Plaintiff will suffer losses into the future.

WHEREFORE, the Plaintiff CHRISTINE KROBATSCH, demands judgment against the Defendant, TARGET, for damages and for her costs in and about this suit expended, and further demands trial by jury of all issues triable as a matter of right by jury.

## COUNT II: CLAIM AGAINST SCOTT HOFFMAN

14. The Plaintiff, CHRISTINE KROBATSCH, adopts and re-alleges paragraphs 1-10 as if fully stated herein.

15. At all times material to this cause of action, the Defendant HOFFMAN, as the Executive Team Lead responsible for managing Target store #T-0642, had a duty to use reasonable care in the inspection, maintenance, operation, repair and cleaning of the above-described premises under his authority, dominion and control, in order to provide for the safety of business invitees, including the Plaintiff. This duty was separate from, and independent of the duty of care owed by the Defendant, TARGET, as the owner/operator of the premises, and included a duty to properly maintain the floors in the above-described Target store and monitor them to ensure they were safe for the public and free from liquid and/or debris or other foreseeable hazards that might injure invitees such as Plaintiff.

4

16. Defendant HOFFMAN also had a duty to provide adequate and appropriate warnings of any dangerous conditions.

17. The Defendant HOFFMAN breached his duty of care owed to Plaintiff, as a business invitee, by negligently failing to properly inspect, monitor, and maintain the floor in the area where the Plaintiff slipped and fell, as alleged, and in allowing liquid to remain on the floor such that it became dangerous for business invitees.

18. As the direct and proximate result of the aforesaid negligence and carelessness of Defendant HOFFMAN, the Plaintiff CHRISTINE KROBATSCH suffered bodily injury with the resulting pain and suffering, aggravation of a previously existing condition, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization and medical and nursing care and treatment, loss of income, and loss of the capacity to earn money. The losses are either permanent or continuing and Plaintiff will suffer losses into the future.

WHEREFORE, the Plaintiff CHRISTINE KROBATSCH, demands judgment against the Defendant, HOFFMAN, for damages and for her costs in and about this suit expended, and further demands trial by jury of all issues triable as a matter of right by jury.

DATED this 3rd day of August, 2020.

*/s/ Matthew A. Goldberger*
MATTHEW A. GOLDBERGER
Florida Bar No: 119897
MATTHEW A. GOLDBERGER, P.A.
1555 Palm Beach Lakes Blvd., Suite 1400
West Palm Beach, FL 33401
(561) 659-8337
matthew@goldbergerfirm.com
*Attorney for Plaintiff*