UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

CHRISTINE KROBATSCH,

    Plaintiff,

v.

TARGET CORPORATION and SCOTT
HOFFMAN, as Store Manager,

    Defendants.

_____/

## AFFIDAVIT OF SCOTT HOFFMANN

STATE OF FLORIDA    )
                         ) SS:
COUNTY OF PALM BEACH  )

    BEFORE ME, the undersigned authority personally appeared SCOTT HOFFMANN who to me is well-known and under oath deposes and states:

    1.    My name is SCOTT HOFFMANN. I am over the age of twenty-one (21). I am a resident of the State of Florida. I am otherwise *sui juris*.

    2.    I have personal knowledge of the facts contained herein.

    3.    On February 23, 2020 I was the executive team leader of general merchandise/food at the Target located at 1200 Linton Blvd. in Delray Beach, Florida. On February 23, 2020, I was the Leader on Duty. As the Leader on Duty, I was the manager of the store.

    4.    I have reviewed the Complaint for this cause.

    5.    I did not see Ms. Krobatsch fall. I responded to the front end of the store after the incident occurred.

    6.    I completed the attached Guest Incident Report [Exhibit 1] with information provided from Ms. Krobatsch. Ms. Krobatsch told me she slipped and fell on a puddle of wine on the floor. I

**Exhibit 7**

saw Ms. Krobatsch sign the Guest Incident Report. After the Guest Incident Report was completed, I gave a copy to Ms. Krobatsch.

7. I did not place, spill, drop, or throw any liquid substance on the floor in or near the front end of the store or anywhere else in the store on February 23, 2020.

8. Prior to the incident, I did not hear anyone say they spilled, dropped, placed, saw, or was aware of any liquid substance on the floor in or near the front end of the store or anywhere else in the store on February 23, 2020.

9. Prior to the incident, I did not hear anyone say they saw someone spill, place, or drop any liquid substance on the floor in or near the front end of the store or anywhere else in the store on February 23, 2020.

10. Prior to the incident, I did not hear anyone say they saw a liquid substance on the floor in or near the front end of the store or anywhere else in the store on February 23, 2020.

11. Prior to the incident, I did not see anyone spill, place or drop any liquid substance on the floor in or near the front end of the store or anywhere in the store on February 23, 2020.

12. Prior to this incident, I was not aware of anyone slipping or falling in or near the front end of the store. Similarly, prior to this incident, I was not aware of anyone falling in the front end of the store as a result of a liquid substance.

13. I do not know how or when the liquid substance came to be on the floor in the front end of the store on February 23, 2020.

14. I have no personal knowledge as to how or when the liquid came to be on the floor in the front end department.

15. On February 23, 2020, I kept a look out for liquid, debris, objects and substances on the floor. Prior to the incident on February 23, 2020, I did not see and was not made aware of the existence of the liquid substance on the store floor that day.

16. I consent to removal of this case to federal court.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SCOTT HOFFMANN

H155-799-92-221-0

The foregoing instrument was acknowledged before me this ___ day of September, 2020, by Scott Hoffman, who produced his Florida driver's license as identification, and who did / did not take an oath.

Notary Public
Dishawn Woods

My commission expires:

Notary Public State of Florida
Dishawn Woods
My Commission GG 271847
Expires 11/04/2022

3

# Guest Incident Report

Location #: 
Report #: 0023 924

## Guest Information

First Name: Christine
Last Name: Krobatsch
Guardian Name (if a minor):
Address: 6930 Town Harbour Blvd 2522
City: Boca
State: FL
Zip: 33433
Phone: (home, work, cell, other) (561) 672-9882  H: -all  W: same  C: ___  O: ___

Persons with the Guest (Name, Relationship, Contact Information)
Name:
Relationship to guest:
Address: none  City:  State:  Zip:  Phone:
Name:
Relationship to guest:
Address:  City:  State:  Zip:  Phone:

## Incident Information

Date of Incident: 2/23/2020
Time of Incident: 845
Circle AM or PM — (AM circled)
Date Reported to Store: 2/23/2020
By Phone ☐   In Person ☑
Location of the Incident: Aisle ___  Dept front of store
Landmarks (Parking lot claims): ___

Guest Description of what happened (in their own words) including how it happened, the cause, any specific injury and/or damage:

What happened? I exchanged a product walked past the shopping baskets and slipped right pest the pole

Why did it happen? Because there was wine on the floor causing a puddle

Are your clothes wet or damaged? ☑ Yes ☐ No
If Yes, please describe:

What type of shoes are you wearing? flip flops

Was the area clean, dry and free of debris? ☐ Yes ☑ No
If No, please describe the condition in detail: (color, size, weight, quantity of substance, name of product, etc).
it was wet from a box of wine leaking into a puddle

Was an object involved? ☑ Yes ☐ No
If Yes, please describe the object in detail: (size, weight, merchandise, name of product, etc).
wine box on the floor

Were you injured? ☑ Yes ☐ No
If Yes, please describe all regions of the body and complaints in detail:
right elbow, forearm

### Guest/Guardian Signature
Print Name: Christine Krobatsch
Signature: [signature]
Date: 2/23/28

### LOD Completing Report
Print Name: Scott Hoffmann
Title: ETL
Signature: [signature]
Date: 2/23/20

Note to Guest: A representative of our company will contact you within the next few days. If you have any questions before that time, please call 800-553-8723 Monday through Friday, 8:00 am to 5:00 pm CT).
White: Guest Reporting Center Copy / Pink: Guest Copy / Yellow: Store Copy

F6792 03 Guest Incident (5/16)

EXHIBIT 1