UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81552-CIV-ALTMAN/Brannon

**CHRISTINE KROBATSCH**,

    *Plaintiff*,

v.

**TARGET CORP.** *et al*.,

    *Defendants*.

_____/

**ORDER TO SHOW CAUSE**

On September 28, 2020, the Court entered a Scheduling Order [ECF No. 9] that required the parties to select a mediator; to select a time, date, and place for mediation; and to file a joint proposed order scheduling mediation, by October 15, 2020. The parties have thus far not complied with the Court's order. Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that, on or before **October 20, 2020**, the parties shall select a mediator—as well as a time, date, and place for mediation—and file a proposed order scheduling mediation with the Court. Failure to comply with this Order will result in appropriate sanctions, including dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 16th day of October 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record